# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | | |
|---|---|---|
| **RICHARD HOPKINS, ET AL.,** | ) | |
| | ) | |
| **PLAINTIFFS** | ) | |
| | ) | |
| **v.** | ) | **CIVIL NO. 1:13-cv-229-DBH** |
| | ) | |
| **DAVID CLARONI,** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

## ORDER ON PLAINTIFFS' OBJECTION TO ORDER GRANTING MOTION TO DISMISS

The plaintiffs' objection to my Order dismissing the defendant McLellan for lack of service of process is **OVERRULED**. Despite the efforts the plaintiffs recount, they have not filed a waiver of service signed by the defendant, necessary to service by mail under Federal Rule of Civil Procedure 4(d), and the sheriff's deputy whom they engaged to serve process under Rule 4(e) did not actually serve the defendant as required by that Rule.

**SO ORDERED.**

**DATED THIS 26TH DAY OF FEBRUARY, 2014**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**