# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **RICHARD HOPKINS** AND **JAMES HOPKINS**,<br><br>                    **PLAINTIFFS**<br><br>v.<br><br>**DAVID CLARONI**,<br><br>                    **DEFENDANT** | **CIVIL NO. 1:13-CV-229-DBH** |

## ORDER ON MOTION FOR JUDGMENT

The plaintiffs' Motion for Judgment as a Matter of Law (ECF No. 126) is **DENIED WITHOUT PREJUDICE** to its renewal, if appropriate, at some point during the trial, as contemplated by Fed. R. Civ. P. 50(a).

**SO ORDERED.**

**DATED THIS 26TH DAY OF JANUARY, 2016**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**